**01–1388.   State ex rel. Hairston v. McMonagle.**
Cuyahoga App. No. 79096. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due October 9, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

*Monday, October 15, 2001*

## MOTION DOCKET

**98–640.   State v. Stallings.**
Summit C.P. No. CR97051118A.
On August 21, 2000, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that this court declined jurisdiction and dismissed the appeal in case No. 00–1036, appellant's post-conviction appeal, on September 6, 2001, and that this court received notification from the Supreme Court of the United States that said court on October 1, 2001, entered an order in No. 00–9892, *Michael D. Stallings v. Ohio,* which stated that the petition for a writ of certiorari is denied.
IT IS ORDERED BY THE COURT, *sua sponte,* that the stay of execution entered in this cause on August 21, 2000, be and is hereby revoked.
IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 14th day of January, 2002, in accordance with the statutes so provided.
IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Summit County.

*Wednesday, October 17, 2001*

## MOTION DOCKET

**98–20.   State v. Nields.**
Hamilton C.P. No. B9703305. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,
IT IS ORDERED that said motion be, and the same is hereby, granted.
IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.
IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

**01–1528.   Dzina v. Dzina.**
Cuyahoga App. No. 79969. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On September 26, 2001, this court entered an order denying appellant's motion to consolidate. Whereas the entry did not reflect the court's decision,
IT IS ORDERED by the court, *sua sponte,* that the entry be, and hereby is, vacated.
IT IS FURTHER ORDERED *nunc pro tunc* that, upon consideration of appellant's motion for stay, the motion for stay be, and hereby is, denied effective September 26, 2001.